No. 99–1584. CALIFORNIA *v.* JOHNSON. Ct. App. Cal., 4th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1641. U S WEST COMMUNICATIONS, INC. *v.* MFS INTELENET, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. 

No. 99–1691. BOULAHANIS ET AL. *v.* BOARD OF REGENTS OF THE ILLINOIS STATE UNIVERSITY ET AL. C. A. 7th Cir. Motion of Dennis Hastert, Speaker of the House of Representatives, et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 99–1739. DALLAS-FORT WORTH INTERNATIONAL AIRPORT BOARD *v.* DEPARTMENT OF TRANSPORTATION ET AL.; and

No. 99–1745. AMERICAN AIRLINES, INC. *v.* DEPARTMENT OF TRANSPORTATION ET AL. C. A. 5th Cir. Motion of Airports Council International-North America for leave to file a brief as *amicus curiae* granted. Certiorari denied. Reported below: 202 F. 3d 788.

No. 00–5001 (00A1). SAN MIGUEL *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 99–1193. FRAZER *v.* CALIFORNIA, 529 U. S. 1108;

No. 99–1475. STONIER ET AL. *v.* DIGITAL EQUIPMENT CORP., 529 U. S. 1109;

No. 99–1543. JOHNSON *v.* JOHNSON ET AL., 529 U. S. 1111;

No. 99–7470. LOFTON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., 528 U. S. 1170;

No. 99–8153. FLOURNOY *v.* MOSKOWITZ, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, 529 U. S. 1072;

No. 99–8210. GAINES *v.* DALLAS COUNTY ET AL., 529 U. S. 1073;

No. 99–8365. FIELDS *v.* JACKSON, 529 U. S. 1090;

No. 99–8521. WATERS *v.* HESSON, WARDEN, 529 U. S. 1114;

No. 99–8526. BITTERMAN *v.* HARDING, CHIEF JUSTICE, SUPREME COURT OF FLORIDA, ET AL., 529 U. S. 1114;

No. 99–8590. JACKSON *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 529 U. S. 1092;

No. 99–8604. POWELL *v.* TEXAS, 529 U. S. 1116;

No. 99–8649. DeCARO *v.* UNITED STATES, 529 U. S. 1079;

No. 99–8690. AYERS *v.* CITY OF MEMPHIS ET AL., 529 U. S. 1133;

No. 99–8743. FLANAGAN *v.* ARNAIZ ET AL., 529 U. S. 1117;

No. 99–8806. YOUNG *v.* SMEEKS, 529 U. S. 1117;

No. 99–8926. DOUGHERTY *v.* UNITED STATES, 529 U. S. 1119;

No. 99–8960. ATAMIAN *v.* GORKIN, 529 U. S. 1135; and

No. 99–9178. CONWAY *v.* GAMBLE, WARDEN, 529 U. S. 1123. Petitions for rehearing denied.

JULY 3, 2000

No. 99–1676. DICKERSON *v.* ALACHUA COUNTY BOARD OF COUNTY COMMISSIONERS. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1. 

JULY 6, 2000

No. 99–10071 (99A1073). CLAGETT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. 

JULY 12, 2000

No. 00A26. YOUNG *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 00A33. JOYCE-HAYES ET AL. *v.* YOUNG. Application to vacate the stay of execution of sentence of death entered by the